UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| Val Sklarov, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Case No.: 19-cv-2739 |
| ) | |
| First Bank of Highland Park ) | |
| Fidelity National Title Group ) | |
| Fidelity National Finance ) | |
| Jill Takiff Hirsh ) | |
| Randy L. Green ) | |
| Eric A. Ephraim, ) | |
|     Defendants. ) | |

**JOINT STATUS REPORT**

Plaintiff Val Sklarov, by his attorneys, and First Bank of Highland Park, Jill Takiff Hirsch, Randy L. Green and Eric A. Ephraim (collectively "FBHP Defendants") for their Joint Status Report required under The Third Amended General Order 20-0012, states:

**Preliminary Statement of Plaintiff**

Defendants Fidelity National Title Group and Fidelity National Finance ("Fidelity Defendants") filed a Motion to Dismiss Plaintiff's First Amended Complaint which was granted without prejudice. See DKT 62. Plaintiff filed Second and Third Amended Complaints to clarify what causes of action were pending against FBHP Defendants pursuant to Plaintiff and FBHP Defendants Court ordered discussion concerning the narrowing of Plaintiff's Complaint against FBHP Defendants. Accordingly, there are no causes of action currently pending against the Fidelity Defendants.

    **(a)**     **Progress of Discovery**

Plaintiff and Defendants have exchanged initial disclosures and no further discovery has been initiated by either party.

    **(b)**     **Status of Briefing on Unresolved Motions**

Plaintiff is to respond to FBHP Defendants' Motion to Dismiss the Third Amended Complaint of Plaintiff by June 4, 2020 and FBHP Defendants are to reply by June 18, 2020.

**(c)  Settlement Efforts**

Settlement discussions between the parties have stalled.

**(d)  Proposed Schedule For Next 45 Days**

The parties propose they await the Court's ruling on FBHP Defendants' Motion to Dismiss the Third Amended Complaint of Plaintiff during the next 45 days and no further action be taken.

**(e)  Proposed Revised Discovery and Dispositive Motion Schedule**

No discovery and dispositive motion schedule has been issued. The parties propose that the Court wait to enter a discovery and dispositive motion schedule until the Court rules on FBHP Defendants' Motion to Dismiss the Third Amended Complaint of Plaintiff.

**(f)  Agreed Action the Court Can Take Without a Hearing**

The Parties do not believe there is any action the Court should take without a hearing until the Court rules on FBHP Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint.

**(g)  Telephonic Hearing Is Not Necessary**

The Parties do not believe that a telephone hearing is necessary.

| For the Plaintiff: | For the FBHP Defendants: |
|---|---|
| Jaiegh Singh, Esq. | Wendy Kaleta Gattone |
| Attorney for Plaintiff | Attorney for FBHP Defendants |
| Singh Law Firm, P.A. | McFadden & Dillon, P.C. |
| 155 E. 44th Street | 120 S. LaSalle Street |
| 6th Floor | Suite 1920 |
| New York, NY 10016 | Chicago, IL 60603 |
| 212-687-2578 | 312.201.8300 |
| Jt@jtsinghlaw.com | w.gattone@mcdillaw.com |