# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| Val Sklarov,<br>    Plaintiff,<br><br>    v.<br><br>First Bank of Highland Park<br>Fidelity National Title Group<br>Fidelity National Finance<br>Jill Takiff Hirsh<br>Randy L. Green<br>Eric A. Ephraim,<br>    Defendants. | Case No.: 19-cv-2739 |

## AGREED ORDER

This matter coming to be heard by agreement of the parties, due notice being given and the Court being fully advised in the premises, it is hereby ordered:

1. Plaintiff Val Sklarov and Defendants First Bank of Highland Park, Jill Takiff Hirsh, Randy L. Green and Eric A. Ephraim have agreed to settle all matters between them and Plaintiff Val Sklarov hereby dismisses any and all claims pending against Defendants First Bank of Highland Park, Jill Takiff Hirsh, Randy L. Green and Eric A. Ephraim with prejudice;

2. Plaintiff Val Sklarov hereby dismisses any and all claims pending against Defendants Fidelity National Title Group and Fidelity National Finance with prejudice;

3. The Court retains jurisdiction to enforce the terms of the settlement agreement to the extent permitted by law; and

4. Each party to bear its own costs of suit.

IT IS HEREBY ORDERED.

ENTERED: 9/15/20

*[signature: John Z. Lee]*

John Z. Lee

United States District Court Judge